**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2029**

DAVID ALUVALE,

                    Plaintiff - Appellant,

          v.

TRULAND SYSTEMS CORPORATION,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Anthony John Trenga,
District Judge.  (1:13-cv-00178-AJT-TRJ)

Submitted:  January 31, 2014        Decided:  February 20, 2014

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Aluvale, Appellant Pro Se.   Kevin D. Holden, Crystal L.
Tyler, JACKSON LEWIS PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Aluvale appeals the district court's order granting summary judgment to Defendant on Aluvale's claim of discriminatory discharge under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2013). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Aluvale v. Truland Sys. Corp., No. 1:13-cv-00178-AJT-TRJ (E.D. Va. Aug. 16, 2013; see Summ. J. Tr. 12-18, Aug. 16, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED